**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2334**

---

ARTHUR E. BERKELEY,

Plaintiff - Appellant,

versus

LARRY MASSANARI, ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-00-6-3-MU)

---

Submitted: April 24, 2001                    Decided: May 10, 2001

---

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

J. Lynn Bishop, Charlotte, North Carolina, for Appellant. Mark T.
Calloway, United States Attorney, Joseph L. Brinkley, Assistant
United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur E. Berkeley appeals the district court's order upholding the administrative law judge's denial of Social Security disability benefits.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Berkeley v. Apfel, No. CA-00-6-3-MU (W.D.N.C. Sept. 8, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2